| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 3/20/20 |

YEVGENIYA SHAYKEVICH,

            Plaintiff,

      v.

AMERICAN EXPRESS CO.,

            Defendant.

19-CV-7614 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the stipulations of dismissal filed and so-ordered with respect to Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union, LLC, *see* Dkts. 23, 37, 39, the post-discovery conference scheduled for March 27, 2020 is hereby adjourned *sine die*. No later than April 3, 2020, Plaintiff Yevgeniya Shaykevich and Defendant American Express Co. shall file a joint letter updating the Court as to the status of the arbitration between them.

SO ORDERED.

Dated:    March 20, 2020
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge