| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-17-20 |
| YEVGENIYA SHAYKEVICH,<br><br>                Plaintiff,<br><br>     v.<br><br>AMERICAN EXPRESS CO.,<br><br>                Defendant. | 19-CV-7614 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On April 3, 2020, the parties filed a joint letter indicating that they were unable to settle their claims, but that Plaintiff had formally commenced an arbitration with JAMS and that the "next step involves the selection of an arbitrator."  Dkt. 43.  No later than August 31, 2020, the parties shall jointly submit another status update, updating the Court as to the status of the case, including the status of the arbitration proceedings between them.

SO ORDERED.

Dated:    August 17, 2020
            New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge